IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TORNELLO PIERCE,             )
                             )
        Plaintiff,            )
                             )
    v.                        )        1:06CV00147
                             )
OCWEN LOAN SERVICING,        )
                             )
        Defendant.            )

ORDER

This matter is before the Court on Defendant Ocwen Loan Servicing's Motion to Dismiss [Document #7]. On June 16, 2006, the Recommendation of the United States Magistrate Judge was filed with the Court and served on the parties in this action in accordance with 28 U.S.C. § 636(b). Plaintiff Tornello Pierce timely filed Objections to the Recommendation. The Court has appropriately reviewed the portions of the Magistrate Judge's Report to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's Report. The Court therefore adopts the Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Document #7] is GRANTED, and this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment [Document #11] is therefore DENIED AS MOOT.

This, the 14th day of July, 2006.

                                         _____
                                         United States District Judge