IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TORNELLO PIERCE,              )
                              )
          Plaintiff,          )
                              )
     v.                       )         1:06CV00147
                              )
OCWEN LOAN SERVICING,         )
                              )
          Defendant.          )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, IT IS ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss [Document #7] is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.

This, the 14th day of July, 2006.

_____
United States District Judge